UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HEIDI ANN ROBINSON,

          Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

Case No. EDCV 10-935 JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 3, 2011

                                              /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE